```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

ROBERT KNIGHT, *et al.*,           \*
    Plaintiffs,                 \*

vs.                                \*   CIVIL ACTION NO. 23-00125-B

KOLOS, INC., *et al.*,             \*
    Defendants.                 \*

## ORDER

This action is before the Court on notice from the parties that they have reached a settlement of all claims but need additional time to finalize the settlement agreement. Upon consideration, it is **ORDERED** that this action is **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to reinstate the action within **forty-five (45) days** from the date of entry of this order if the settlement agreement is not consummated. As such, all other pending deadlines and events in this case are **CANCELED**. The parties shall bear their own costs unless agreed otherwise in the settlement agreement.

    **DONE** and **ORDERED** this **3rd** day of **May, 2024.**

                                            **/s/ SONJA F. BIVINS**
                                            **UNITED STATES MAGISTRATE JUDGE**